Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, Nevada, 89169
Telephone: (702) 669-4600
Facsimile:  (702) 669-4650
preilly@hollandhart.com

John R. Posthumus, Esq.
Colorado Bar No. 20950
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO  80202-5141
Telephone: (303) 863-9700
Facsimile:  (303) 863-0223
jposthumus@sheridanross.com
(Admitted *pro hac vice*)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATTI DONNER RUBIN, a Florida resident,<br><br>           Plaintiff,<br><br>     v.<br><br>THE SCOTTS COMPANY LLC, an Ohio limited liability company,<br><br>           Defendant. | Case No. 2:09-cv-02419-GMN-RJJ<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DELIVER OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF PATTI DONNER RUBIN** |

Plaintiff, Patti Donner Rubin ("Plaintiff") by and through her undersigned trial counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby moves this Court for entry of an order enlarging to and until January 6, 2011, the time in which Plaintiff may deliver its objections and responses to The Scotts Company LLC's ("Defendant") "Defendant's First Set of Interrogatories to Plaintiff Patti Donner Rubin" ("First Set of Interrogatories") and "Defendant's Request for Production of Documents and Things to Plaintiff Patti Donner Rubin" ("Request for Production of

Documents and Things") in connection with this District of Nevada federal court civil action, and in support of its motion, states:

1. On November 18, 2010, the Defendant served its First Set of Interrogatories and Request for Production of Documents and Things on the Plaintiff. Defendant served 104 production requests and 17 interrogatories. Plaintiff's responses and objections are presently due on December 21, 2010.

2. Counsel for the Plaintiff has continued to work diligently to prepare responses to Defendant's discovery requests, but requires 16 additional days to finalize Plaintiff's response and serve it upon Defendant.

3. On December 21, 2010, counsel for the Plaintiff requested a 16-day extension enlarging to and until January 6, 2011, the time in which Plaintiff may deliver its objections and responses to the Defendant's First Set of Interrogatories and Request for Production of Documents and Things on the Defendant. Defendant has agreed to the extension of time requested by Plaintiff.

4. The Plaintiff does not waive any objection to the Defendant's First Set of Interrogatories and Request for Production of Documents and Things in connection with the requested extension of time.

Accordingly, Plaintiff respectfully moves this Court to grant this motion and enlarge to and until January 6, 2011, the time in which the Plaintiff may deliver its objections and responses to the Defendant's First Set of Interrogatories and Requests for Production of Documents and Things.

1  Dated this 21st day of December, 2010.

2                                    Respectfully submitted,

4                             By:   /s/ John R. Posthumus
                                    John R. Posthumus
5                                      jposthumus@sheridanross.com
                                    SHERIDAN ROSS P.C.
6                                   1560 Broadway, Suite 1200
                                    Denver, CO 80202-5141
7                                   Telephone: 303-863-9700
                                    Facsimile: 303-863-0223
8                                      litigation@sheridanross.com

9                                   HOLLAND & HART LLP
                                    Patrick J. Reilly, Esq.
10                                  3800 Howard Hughes Pkwy., 10th Floor
                                    Las Vegas, Nevada, 89169

12                                  *Attorneys for Plaintiffs*

15                                  IT IS SO ORDERED.
                                    _____Robert J. Johnston_____
16                                  UNITED STATES MAGISTRATE JUDGE
                                    DATE: DEC. 29, 2010

3