Gregory A. Brower (State Bar No. 5232)
gbrower@swlaw.com
Chad R. Fears (State Bar No. 6970)
cfears@swlaw.com
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169-5958
Telephone:    (702) 784-5200
Facsimile:    (702) 784-5252

Lester J. Savit (*pro hac vice*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539

Jeffrey J. Jones (pro hac vice)
JONES DAY
325 John H. McConnell Boulevard
Suite 600
P.O. Box 165017
Columbus, OH  43216-5017
Telephone:    (614) 469-3939
Facsimile:    (614) 461-4198

Attorneys for Defendant
THE SCOTTS COMPANY LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATTI DONNER RUBIN, a Florida resident, | Case No. 09-CV-02419 (GMN) RJJ |
| Plaintiff, | **NOTICE OF CHANGE OF ATTORNEY** |
| v. | |
| THE SCOTTS COMPANY LLC, an Ohio limited liability company, | |
| Defendant. | |

14023665. 1IRI-29674v1

TO:  THE CLERK OF THE COURT

NOTICE IS HEREBY GIVEN THAT Douglas R. Cole is no longer with Jones Day and his name should be deleted from the electronic filing matrix.  Notices of filings and orders should no longer be directed to Mr. Cole.  Jones Day partners Lester J. Savit and Jeffrey J. Jones remain as counsel of record for Defendant, The Scotts Company LLC, along with Greg A. Brower and Chad Fears of Snell and Wilmer.

Dated: November 10, 2011                          Respectfully submitted,

    */s/ Chad Fears*
Gregory A. Brower (State Bar No. 5232)
gbrower@swlaw.com
Chad Fears (State Bar No. 6970)
cfears@swlaw.com
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169-5958
Telephone:     (702) 784-5200
Facsimile:      (702) 784-5252

Lester J. Savit (pro hac vice)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:     (949) 851-3939
Facsimile:      (949) 553-7539

Jeffrey J. Jones (pro hac vice)
JONES DAY
325 John H. McConnell Boulevard
Suite 600
P.O. Box 165017
Columbus, OH  43216-5017
Telephone:     (614) 469-3939
Facsimile:      (614) 461-4198

Attorneys for Defendant
THE SCOTTS COMPANY LLC

SO ORDERED
_____
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 6, 2011

14023665. 1IRI-29674v1