1  Gregory A. Brower (State Bar No. 5232)
   gbrower@swlaw.com
2  Chad R. Fears (State Bar No. 6970)
   cfears@swlaw.com
3  SNELL & WILMER
   3883 Howard Hughes Parkway
4  Suite 1100
   Las Vegas, Nevada 89169-5958
5  Telephone:  (702) 784-5200
   Facsimile:  (702) 784-5252
6
   Lester J. Savit (*pro hac vice*)
7  JONES DAY
   3161 Michelson Drive, Suite 800
8  Irvine, CA  92612
   Telephone:  (949) 851-3939
9  Facsimile:  (949) 553-7539

10 Jeffrey J. Jones (pro hac vice)
   JONES DAY
11 325 John H. McConnell Boulevard
   Suite 600
12 P.O. Box 165017
   Columbus, OH  43216-5017
13 Telephone:  (614) 469-3939
   Facsimile:  (614) 461-4198
14
   Attorneys for Defendant
15 THE SCOTTS COMPANY LLC

16
                    **UNITED STATES DISTRICT COURT**
17
                         **DISTRICT OF NEVADA**
18

19
   PATTI DONNER RUBIN, a Florida resident,    Case No. 09-CV-02419 (GMN) RJJ
20
                  Plaintiff,                  **NOTICE OF CHANGE OF**
21                                            **ATTORNEY**
          v.
22
   THE SCOTTS COMPANY LLC, an Ohio
23 limited liability company,

24                  Defendant.

25

26

27

28

14023665. 1IRI-29674v1

1     TO:  THE CLERK OF THE COURT

2     NOTICE IS HEREBY GIVEN THAT Douglas R. Cole is no longer with Jones Day and his name should be deleted from the electronic filing matrix.  Notices of filings and orders should no longer be directed to Mr. Cole.  Jones Day partners Lester J. Savit and Jeffrey J. Jones remain as counsel of record for Defendant, The Scotts Company LLC, along with Greg A. Brower and Chad Fears of Snell and Wilmer.

Dated: November 10, 2011     Respectfully submitted,

    */s/ Chad Fears*
    Gregory A. Brower (State Bar No. 5232)
    gbrower@swlaw.com
    Chad Fears (State Bar No. 6970)
    cfears@swlaw.com
    SNELL & WILMER
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169-5958
    Telephone:     (702) 784-5200
    Facsimile:       (702) 784-5252

    Lester J. Savit (pro hac vice)
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA  92612
    Telephone:     (949) 851-3939
    Facsimile:       (949) 553-7539

    Jeffrey J. Jones (pro hac vice)
    JONES DAY
    325 John H. McConnell Boulevard
    Suite 600
    P.O. Box 165017
    Columbus, OH  43216-5017
    Telephone:     (614) 469-3939
    Facsimile:       (614) 461-4198

    Attorneys for Defendant
    THE SCOTTS COMPANY LLC

SO ORDERED
_____
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 6, 2011

14023665. 1IRI-29674v1