Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada, 89134
Telephone: (702) 669-4600
Facsimile:  (702) 669-4650
preilly@hollandhart.com

John R. Posthumus, Esq.
Colorado Bar No. 20950
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO  80202-5141
Telephone: (303) 863-9700
Facsimile:  (303) 863-0223
jposthumus@sheridanross.com
(Admitted *pro hac vice*)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATTI DONNER RUBIN, a Florida resident,<br><br>             Plaintiff,<br><br>      v.<br><br>THE SCOTTS COMPANY LLC, an Ohio limited liability company,<br><br>             Defendant. | Case No. 09-CV-02419 (GMN) RJJ<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT SCOTTS' MOTION FOR SUMMARY JUDGMENT BY SEVEN DAYS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 7-2, Plaintiff Patti Donner Rubin ("Rubin") through her counsel, hereby moves the Court for an Order extending the time to respond to Defendant The Scotts Company LLC's ("Scotts") Motion for Summary Judgment (Doc. 86) from March 30, 2012 to April 6, 2012.

## I. BACKGROUND

On Friday, March 9, 2012, Scotts filed its Motion for Summary Judgment. Pursuant to Local Rule 7-2(e), Rubin's response is currently due on March 30, 2012.

## II. REASONS WHY RUBIN'S EXTENSION REQUEST SHOULD BE GRANTED

Rubin submits that good cause exists for extending the time to respond to Scotts' Motion for Summary Judgment. Rubin's counsel learned on March 22, 2012 that he will be unavailable for a medical matter involving his young daughter on Thursday, March 29, 2012. As result of this personal matter, Rubin requires additional time to prepare and finalize her Response.

## III. MEET AND CONFER WITH SCOTTS' COUNSEL

On March 22 and 23, 2012, Rubin's counsel conferred with Scotts' counsel regarding this Motion, including providing a copy of this Motion to Scotts' counsel. Scotts has graciously agreed to allow Rubin to extend the time to prepare and finalize her response by a week. Rubin's counsel is authorized to state that Scotts does not oppose the granting of this Motion.

IV. **PROPOSED SCHEDULE FOR SCOTTS' SUMMARY JUDMENT MOTION**

If granted, the deadlines would be amended as follows:

Rubin's Response:   due on or before April 6, 2012

Scotts' Reply:   due within fourteen (14) days after the response is served.

Dated: March 23, 2012            By: _s/ John R. Posthumus_____

John R. Posthumus (*pro hac vice*)
Sheridan Ross PC
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: (303) 863-2963
Facsimile: (303) 863-0223
jposthumus@sheridanross.com

Patrick J. Reilly (Bar No. 6103)
HOLLAND & HART LLP
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, Nevada, 89169
Telephone: (702) 669-4600
Facsimile: (702) 669-4650

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** this 26th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

- 3 -